**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6781**

———————————

ROBERT J. BARKLEY, SR.,

Plaintiff - Appellant,

versus

NICHOLAS J. HUN, Commissioner; GEORGE TRENT,
Warden of West Virginia Penitentiary; DAVID
FORMHART, Arts and Crafts Coordinator; LARRY
FORDYCE, Correctional Officer 1 and Arts and
Crafts Director; PEGGY RHINE, Safety Director,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. Robert Earl Maxwell, District Judge. (CA-95-85-2)

———————————

Submitted:  September 20, 1996      Decided:  October 2, 1996

———————————

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Robert J. Barkley, Sr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his 42 U.S.C. § 1983 (1994) complaint. The district court assessed a filing fee in accordance with Evans v. Croom, 650 F.2d 521 (4th Cir. 1981), cert. denied, 454 U.S. 1153 (1982), and dismissed the case without prejudice when Appellant failed to comply with the fee order. Finding no abuse of discretion, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED